IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | )   No.:   06-3205-JES-CHE |
|  | ) |
| BLACKBURN COLLEGE, | ) |
|  | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Charles E. Reis, IV, and Brown & James, P.C., and hereby enter their appearance on behalf of Defendant Blackburn College. Charles E. Reis, IV will serve as lead counsel on behalf of Blackburn College.

s/ Charles E. Reis, IV
Charles E. Reis, IV ##6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 17th day of November, 2006, upon the following: Mr. Edmond H. Rees, Attorney for Plaintiff, Three First National Plaza, 70 West Madison, Suite 1400, Chicago, Illinois 60602 and to Amanda Farahany, LLP, Co-counsel for plaintiff, 1401 Peachtree Street N.E., Suite 101, Atlanta, Georgia 30309.

s/ Charles E. Reis, IV

8029894