E-FILED
Friday, 17 November, 2006  03:34:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| vs. | ) No.: 06-3205-JES-CHE |
| BLACKBURN COLLEGE, | ) |
|     Defendant. | ) |

## **CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Blackburn College, Defendant, furnishes the following in compliance with Rule 11.3 of this court.

(1)  The full name of every party or amicus the attorney represents in the case:

Blackburn College

(2)  If such party or amicus is a corporation:

    (a) its parent corporation, if any; and

    (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

Not applicable

(3)  The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

Brown & James, P.C.

        s/ Charles E. Reis, IV
        Charles E. Reis, IV ##6186508
        BROWN & JAMES, P.C.
        Attorneys for Defendant
        1010 Market Street, 20th Floor
        St. Louis, Missouri 63101
        (314) 421-3400
        (314) 421-3128 FAX
        creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 17th day of November, 2006, upon the following: Mr. Edmond H. Rees, Attorney for Plaintiff, Three First National Plaza, 70 West Madison, Suite 1400, Chicago, Illinois 60602 and to Amanda Farahany, LLP, Co-counsel for plaintiff, 1401 Peachtree Street N.E., Suite 101, Atlanta, Georgia 30309.

        s/ Charles E. Reis, IV

8030541