IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, ) | |
| ) | Judge: |
| Plaintiff, ) | |
| ) | Magistrate Judge: |
| v. ) | |
| ) | No: 06-3205-JES-CHE |
| BLACKBURN COLLEGE, ) | |
| ) | |
| Defendant. ) | JURY DEMAND |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Now Comes Plaintiff, JANE DOE, by her attorneys, Brandenburg-Rees & Rees, and for her Motion for Extension of Time to File Response to Defendant's Motion to Dismiss The "State Law Claims" of Plaintiff's Complaint, respectfully states the following:

1. On December 13, 2006, Plaintiff's attorney received, via U.S. Mail, an Order from this Court indicating that Plaintiff had not filed a response to Defendant's motion to dismiss and granting to Plaintiff until December 22, 2006 to file a response to the motion or "else the court will presume that she has no opposition and the court will rule on the motion without further notice to the parties."

2. Plaintiff's counsel had no prior knowledge of the filing of the motion to dismiss, not having registered for electronic filing, and the proof of service to said motion indicating service by operation of the Court's electronic filing system.

3. That in response to the Order, Plaintiff's counsel immediately began her investigation into the matter and as a result, first received a copy of Defendant's motion

to dismiss, along with other pleadings filed by Defendant, on December 13, 2006. Further, Plaintiff's counsel immediately registered for electronic filing.

4. That due to the holidays and other pressing deadlines, Plaintiff's counsel is in need of an extension of time to file her response to the motion to dismiss.

5. That Plaintiff's counsel, Jacqueline Brandenburg-Rees, conferred by telephone with Defendant's counsel, Charles E. Reis, on December 21, 2006, concerning this matter and is able to report to this Court that defense counsel has no objection to a twenty-one extension of time for Plaintiff to file her response to the motion to dismiss.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order allowing and granting to Plaintiff an extension of twenty-one (21) days, or until January 11, 2007, to file her response to Defendant Blackburn College's Motion to Dismiss the "State Law Claims" of Plaintiff's Complaint.

/s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees, 2301008
BRANDENBURG-REES & REES
Attorney for Plaintiff
128 South Broad Street, P.O. Box 556
Carlinville, IL 62626
(217) 854-2602

A copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on this 21st day of December 2006, upon the attorneys of record.

/s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees