E-FILED
Thursday, 18 January, 2007  01:25:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  06-3205-JES-CHE |
| | ) | |
| BLACKBURN COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Jane Doe, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1)    The full name of every party or amicus the attorney represents in the case:

Jane Doe (Christina Still)

(2)    If such party or amicus is a corporation:

(a) its parent corporation, if any; and

(b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

Not applicable

(3)    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

Brandenburg-Rees & Rees; Barrett & Farahany, LLP

Respectfully Submitted,

Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
ARDC #02301008
BRANDENBURG-REES & REES
Attorneys at Law
128 South Broad Street
Post Office Box 556
Carlinville, IL 62626
217 854-2602

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 18 day of January, 2007, upon the following:  Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, MO 63101 and to Amanda Farahany, LLP, Co-Counsel for Plaintiff, 1401 Peachtree Street N.E., Suite 101, Atlanta, GA   30309.