E-FILED
Monday, 29 January, 2007   10:26:55 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3205 |
| | ) | |
| BLACBKBURN COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## CORRECTED CERTIFICATE OF SERVICE

The undersigned attorney certifies that Plaintiff's Motion to Compel Carlinville Police Department was electronically filed on __Jan. 26, 2007__ and thus served on all parties. Plaintiff's Motion to Compel was mailed to the Carlinville Police Department by depositing the same in the U.S. Mail on __Jan. 29, 2007__ at 70 W. Madison St., Chicago, IL, by 5:00 p.m. with proper postage prepaid.

By: _____
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No: 41385
BRANDENBURG-REES & REES
Attorneys at Law
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL  60602
(888) 854-2603