# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 06-3205-JES-CHE |
| ) | |
| BLACKBURN COLLEGE, ) | |
| ) | |
| Defendant. ) | JURY DEMAND |

## MOTION TO WITHDRAW MOTION TO COMPEL

NOW COMES Plaintiff, Jane Doe, by and through her attorneys, Brandenburg-Rees & Rees, and for her Motion to Withdraw Motion to Compel, states the following:

1. On January 29, 2007, attorney for Plaintiff filed in this cause MOTION TO COMPEL, Document 12.

2. As the parties have not yet conducted their Rule 26(f), LR16.2(A) conference, the issuance of subpoenas is premature.

WHEREFORE, Plaintiff seeks entry of an Order of this Court allowing Plaintiff to withdraw MOTION TO COMPEL, filed January 29, 2007.

Respectfully Submitted,

*Jacqueline Brandenburg-Rees*
Jacqueline Brandenburg-Rees

## PROOF OF SERVICE

The undersigned certifies that a true copy of the foregoing was served upon the following by enclosing the same in an envelope addressed as follows:

Mr. William Hebron
Hebron & Hebron
Attorneys at Law
516 North Side Square
Carlinville, IL 62626

Said envelope, addressed as set out above, containing a copy of the foregoing instrument was deposited in the U.S. Mail at 70 W. Madison St, Chicago, IL 60602 on February 8, 2007, before 5 p.m. with postage fully prepaid.

Jacqueline Brandenburg-Rees

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 8th day of February, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

Jacqueline Brandenburg-Rees