E-FILED
Tuesday, 20 February, 2007 01:28:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3205 |
| | ) | |
| BLACKBURN COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE "STATE LAW CLAIMS" OF PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Plaintiff, JANE DOE, by and through her attorneys, BRANDENBURG-REES & REES, and for her response to Defendant's Motion to Dismiss the "State Law Claims", and states as follows:

1. A motion to dismiss under Rule 12(b)(6) challenges the sufficiency of the complaint for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6). In reviewing a motion to dismiss, the court must review all facts alleged in the complaint and any inferences reasonably drawn in the light most favorable to the plaintiff. *Autry v. Northwest Premium Services, Inc.*, 144 F.3d 1037, 1039 (7th Cit. 1998). A complaint should not be dismissed "unless it appears beyond doubt that the plaintiff can prove no set of facts" in support of her claim which would entitle her to relief. *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

2. Plaintiff has alleged sufficient facts to support her claim.

3. Plaintiff's state law claim should *not* be dismissed because it alleges more than ordinary negligence.

4. Plaintiff's state law claim should *not* be dismissed because Blackburn College *does* have a duty to protect its students.

5. Plaintiff files her Memorandum contemporaneous herewith in support of her position.

WHEREFORE, Plaintiff respectfully requests this Court deny Defendant's Motion to Dismiss.

Respectfully Submitted,

By: *[signature]*
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No: 41385
BRANDENBURG-REES & REES
Attorneys at Law
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(888) 854-2603

# PROOF OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 20th day of February, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

Jacqueline Brandenburg-Rees