E-FILED
Monday, 26 March, 2007  12:39:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 06-3205 |
| BLACKBURN COLLEGE, | ) ) ) |
| Defendant. | ) ) |

**JOINT PROPOSED SCHEDULING PLAN**

COME NOW Plaintiff Jane Doe and Defendant Blackburn College and for their Joint Proposed Scheduling Plan, state as follows:

A. Joinder of additional parties will be accomplished by June 29, 2007. Any amendment of the pleadings will be done by July 20, 2007.

B. Discovery

1. All discovery will be completed by December 21, 2007.

2. The parties shall make initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by May 4, 2007.

3. The discovery shall not be conducted in phases nor limited to certain issues.

4. The presumptive limit of ten (10) depositions, excluding records depositions, should not be varied at this time; however, the parties request that they be able to exceed these depositions by stipulation of the parties or application to the court at a later time. The presumptive limit of twenty-five (25) interrogatories, excluding subparts, as set forth in Rule 33(a) of the Federal Rules of Civil Procedures should not be increased as of this time.

       5.    Any physical or mental examination of the plaintiff made pursuant to Rule 35 of the Federal Rules of Civil Procedure will be requested by October 25, 2007 and accomplished by November 15, 2007.

       6.    Plaintiff shall disclose all expert witnesses and provide reports as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than September 7, 2007. Plaintiff shall make all expert witnesses available for deposition no later than October 19, 2007.

       7.    Defendant shall disclose all expert witnesses and provide reports as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than November 27, 2007. Defendant shall make all expert witnesses available for deposition no later than December 21, 2007.

       8.    The parties may, by agreement, extend the deadlines herein provided for expert disclosure and deposition.

    C.    All dispositive motions, including motions to dismiss, motions for summary judgment, or judgment on the pleadings must be filed no later than January 18, 2007.

    D.    The earliest this case can reasonably be expected for trial is May 5, 2008.

    E.    The parties estimate that the case will take approximately three (3) to four (4) days to try to verdict.

       s/Jacqueline Brandenburg-Rees (w/consent)
Edward Rees
Attorney for Plaintiff
128 South Broad Street
Post Office Box 556
Carlinville, IL 62626
(217) 854-2602
(217) 854-9369
    and
Ms. Jacqueline Brandenburg-Rees #6182350
Attorney for Plaintiff
Three First National Plaza
70 W. Madison Street
Suite 1400 Chicago, Illinois
(312) 214-3292
(312) 214-3294 FAX
jbr@reeslawyers.com




       s/Charles E. Reis, IV
Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com



8068008