**E-FILED**
Tuesday, 01 May, 2007  01:44:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 06-3205-JES-CHE |
| | ) | |
| BLACKBURN COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## PROOF OF ELECTRONIC SERVICE

A copy of the foregoing Subpoena, Document 24, was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 1st day of May, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

                                    s/Jacqueline Brandenburg-Rees
                                    Jacqueline Brandenburg-Rees