E-FILED
Friday, 04 May, 2007   12:01:35 PM
Clerk, U.S. District Court, ILCD

W IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 06-3205-JES-CHE |
| BLACKBURN COLLEGE, | ) ) ) |
| Defendant. | ) |

### PROOF OF ELECTRONIC SERVICE

A copy of the foregoing Plaintiff's Rule 26(a) Initial Disclosures to Defendant was mailed on this 4th day of May, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

_____s/Jacqueline Brandenburg-Rees_____
Jacqueline Brandenburg-Rees