IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JANE DOE, )
)
    Plaintiff, )
)
vs. ) No.: 06-3205
)
BLACKBURN COLLEGE, )
)
    Defendant. )

### MOTION TO EXTEND JOINT PROPOSED SCHEDULING PLAN

NOW COMES Plaintiff, CHRISTINA STILL a/k/a JANE DOE, by and through her attorneys, Brandenburg-Rees & Rees, and for her Motion to Extend Scheduling Order, states as follows:

    1.    On March 26, 2007, Plaintiff Christina Still a/k/a Jane Doe and Defendant Blackburn College filed their Joint Proposed Scheduling Plan.

    2.    Christina Still a/k/a Jane Doe is serving in the United States military and is currently in Dexheim, Germany involved in intensive training for assignment to Iraq in late August.

    3.    Due to Plaintiff Christina Still a/k/a Jane Doe's inaccessibility while in intensive training, Plaintiff's attorney has been unable to communicate with her and timely respond to discovery requests.

    4.    Due to Plaintiff Christina Still a/k/a Jane Doe's military service, Plaintiff's attorney cannot move the case forward as contemplated by the Joint Proposed Scheduling Plan.

    5.    Accordingly, an extension of all cutoff dates is requested, continuing all dates for forty-five (45) days.

6. Plaintiff's attorney has been unable to communicate with Defendant Blackburn College's attorney.

WHEREFORE, Plaintiff CHRISTINA STILL a/k/a JANE DOE respectfully requests this honorable Court to grant her Motion to Extend Joint Proposed Scheduling Plan.

RESPECTFULLY SUBMITTED,

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
BRANDENBURG-REES & REES
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(312) 214-3291

## PROOF OF SERVICE

The undersigned certifies that a true copy of the foregoing was served upon the following by enclosing the same in an envelope addressed as follows:

Mr. William Hebron
Hebron & Hebron
Attorneys at Law
516 North Side Square
Carlinville, IL 62626

Said envelope, addressed as set out above, containing a copy of the foregoing instrument was deposited in the U.S. Mail at 70 W. Madison St, Chicago, IL 60602 on June 27, 2007, before 5 p.m. with postage fully prepaid

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

## CERTIFICATE OF ELECTRONIC SERVICE

A copy of Plaintiff's MOTION TO EXTEND JOINT PROPOSED SCHEDULING PLAN was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 27 day of June, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees