IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 06-3205 |
| | ) |
| BLACKBURN COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## WRITTEN STATUS REPORT REGARDING FURTHER PROSECUTION OF THIS CASE

NOW COMES Plaintiff, CHRISTINA STILL a/k/a JANE DOE, by and through her attorneys, Brandenburg-Rees & Rees, and for her Written Status Report Regarding Further Prosecution of this Case, states as follows:

1. Christina Still a/k/a Jane Doe is serving in the United States military and is currently in Dexheim, Germany involved in intensive training for assignment to Iraq in late August.

2. Due to Plaintiff Christina Still a/k/a Jane Doe's inaccessibility while in intensive training, Plaintiff's attorney has been unable to communicate with her.

3. It is Plaintiff's attorney's intent to discuss with Plaintiff the filing of a motion to stay proceedings. However, despite attempts to contact Plaintiff in the last few weeks, Plaintiff's attorney has been unable to reach Plaintiff. Further, it is Plaintiff's attorney's understanding that a letter from Plaintiff's commanding officer is to be attached to a motion to stay proceedings. Until Plaintiff's counsel has had opportunity to discuss these matters with Plaintiff, Plaintiff's counsel is not in a position to contact Plaintiff's commanding officer.

4.     That on July 12, 2007, Plaintiff's attorney sent a letter to Defendant's attorney advising of her intentions in this matter. (See Exhibit A).

WHEREFORE, Plaintiff, CHRISTINA STILL a/k/a JANE DOE, respectfully requests this Honorable Court to continue further status and all discovery deadlines for forty-five (45) days.

RESPECTFULLY SUBMITTED,

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
BRANDENBURG-REES & REES
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL  60602
(312) 214-3291

### CERTIFICATE OF ELECTRONIC SERVICE

A copy of Plaintiff's WRITTEN STATUS REPORT REGARDING FURTHER PROSECUTION OF THIS CASE was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 16 day of July, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

# BRANDENBURG-REES & REES
## ATTORNEYS AT LAW

EDMOND H. REES
JACQUELINE BRANDENBURG-REES

TERRANCE S. LEEDERS
SEAN CHAUDHURI
OF COUNSEL

July 12, 2007

Mr. Charles E. Reis
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101

Re:   Doe v. Blackburn
      Case No.: 06-3205

Dear Mr. Reis:

Please be advised that I have the intention of filing a Motion for Stay of Proceedings in the above referenced matter due to my client's military service over seas, but have had a difficult time thus far securing the necessary documentation to file the Motion. Namely, I am attempting to obtain a letter from my client's commanding officer regarding her service per the requirements of the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. App. § 522.

Should you have any questions or comments, please do not hesitate to contact me.

Very Truly Yours,

Jacqueline Brandenburg-Rees



PLAINTIFF'S EXHIBIT A

Three First National Plaza
70 West Madison Street
Suite 1400
Chicago, IL 60602
Ph. (312) 214-3292
Fax (312) 214-3294

20 East Jackson
Suite 850
Chicago, IL 60604
Ph. (312) 427-7400

128 South Broad Street
Post Office Box 556
Carlinville, IL 62626-0556
Ph. (217) 854-2602
Fax (217) 854-9369

Toll Free (888) 854-2603

Web Site
www.reeslawyers.com