E-FILED
Friday, 07 September, 2007  12:32:17 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| JANE DOE, | ) | | |
| | ) | Judge: | J. Scott |
| Plaintiff, | ) | | |
| | ) | Magistrate Judge: | C. Evans |
| v. | ) | | |
| | ) | No: | 3:06-cv-3205 |
| BLACKBURN COLLEGE, | ) | | |
| | ) | | |
| Defendant. | ) | JURY DEMAND | |

### PLAINTIFF'S STATUS REPORT AND REQUEST
### FOR FURTHER STATUS DATE

Preliminary Statement

This is an action brought by Jane Doe against Blackburn College for damages as a result of a sexual assault on campus while Doe was a matriculated student there. Doe alleges state law claims against Blackburn for breach of its duties to protect her and for Title IX claims of sexual harassment and discrimination pursuant to 20 U.S.C. Section 168(a), et seq.

Status Report

Plaintiff is now in military service in the United States Army, stationed in Germany where she has been undergoing combat training, and is due to be sent to Iraq for duty in September, 2007.

Due to plaintiff's military service and difficulties in communication between plaintiff and her counsel, the cause has not moved forward according to the scheduling order. Plaintiff's answers to interrogatories have been answered in part by plaintiff's attorney only.

This court previously conferred with the parties as to plaintiff's military service encumbering communications between plaintiff and her counsel and set this matter for further status report on September 7, 2007.

Plaintiff attaches hereto, as Exhibit A, a copy of plaintiff's attorney's, Jacqueline Brandenburg-Rees, email communications of September 7, 2007 to defense counsel, Charles E. Reis. Said communication more fully describes the efforts of plaintiff's counsel to communicate with plaintiff and her superior officer, Lt. Col. McKee.

Plaintiff's counsel will continue her efforts to contact Plaintiff and respectfully requests the court continue this matter for further status hearing.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees
BRANDENBURG-REES & REES
Attorney for Plaintiff
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(312) 214-3291

A copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system this 7th day of September, 2007, upon the attorneys of record.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

## Jacqueline Brandenburg-Rees

| | |
|---|---|
| **From:** | "Jacqueline Brandenburg-Rees" <jbr@reeslawyers.com> |
| **To:** | "Charles E. Reis" <creis@bjpc.com>; "Cherie" <Cherie@reeslawyers.com> |
| **Sent:** | Friday, September 07, 2007 10:26 AM |
| **Subject:** | Doe v. Blackburn |

Dear Mr. Reis:

I left a long telephone message for you this morning and will reiterate here. As you know, I am to file a status report with the court today. When Ms. Still was home on leave in Florida this summer, she confirmed that she indeed did want to proceed with her case. At that time, she gave me permission to contact her commander. In early August I telephoned Germany and spoke with a Lt. Col. McKee and he indicated his wilingness to have a member of his staff contact Ms. Still about availing herself of services there to facilitate and coordinate the litigation, specifically, at that point, finalizing answers to interrogatories, signing authorizations and obtaining the letter from the commanding officer to attach to a motion to stay the proceedings. I followed up with that conversation with McKee by sending an email on August 9, 2007. I never heard back from McKee. All of my office's attempts to reach Ms. Still by email since then have failed. I again emailed McKee on September 6 and that email (although to the same address I used previously) bounced. I am having my office attempt another phone call to Germany this morning.

I do not believe I can move to voluntarily dismiss without my client's knowledge or permission. Unfortunately, I am still unable to communicate with my client. It is my understanding that you, having answered the complaint, would have to consent to the dismissal, in any event. It appears that you and I need to talk. I think the only thing I can do at this point is request additional time for further status report and continue my efforts to contact Ms. Still or her superiors. This will prove difficult, I fear, as you may recall that Ms. Still leaves for Iraq this month.

I will file a copy of this letter with a request for continued status report so that you and the court may know of my efforts in this regard.

Very truly yours,


Jacqueline Brandenburg-Rees
BRANDENBURG-REES & REES
Attorneys at Law
Three First National Plaza, Ste 1400
70 West Madison Street
Chicago, IL 60602
888 854-2603
jbr@reeslawyers.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of email that: email communication is not a secure method of communication; any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa; persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email is passed through. I am communicating to you via email because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, PLEASE NOTIFY ME AT ONCE.

