IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) No.: 06-3205 |
| BLACKBURN COLLEGE, | ) ) ) |
|     Defendant. | ) |

## PLAINTIFF'S STATUS REPORT AND SECOND REQUEST FOR FURTHER STATUS DATE

### Preliminary Statement

This is an action brought by Jane Doe against Blackburn College for damages as a result of a sexual assault on campus while Doe was a student there. Doe alleges state law claims against Blackburn for breach of its duties to protect her and for Title IX claims of sexual harassment and discrimination pursuant to 20 U.S.C. Section 168(a), et seq.

### Status Report

Plaintiff is now in military service in the United States Army, and was due to be sent to Iraq for duty in September, 2007.

Due to Plaintiff's military service and difficulties in communication between Plaintiff and her counsel, the cause has not moved forward according to the scheduling order. Plaintiff's attorney is currently unable to contact Plaintiff regarding litigation, and requests further extension. It is Plaintiff's attorney's understanding that Plaintiff desires to proceed forward with the litigation when she returns from her tour in Iraq.

Plaintiff's counsel will continue her efforts to contact Plaintiff and respectfully requests the court continue this matter for further status hearing.

RESPECTFULLY SUBMITTED,

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
BRANDENBURG-REES & REES
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(312) 214-3292

## CERTIFICATE OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 11th day of October, 2007, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, 1010 Market Street, 20th Floor, St. Louis, Missouri.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees