IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-3205 |
| ) | |
| BLACKBURN COLLEGE, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S STATUS REPORT

Preliminary Statement

This is an action brought by JANE DOE ("Plaintiff") against BLACKBURN COLLEGE ("Defendant") for damages as a result of a sexual assault on the campus of Defendant while Plaintiff was a student there. Plaintiff alleges state law claims against Defendant for breach of its duties to protect her and for Title IX claims of sexual harassment and discrimination pursuant to 20 U.S.C. Section 168(a), et seq.

Status Report

Plaintiff is now in military service in the United States Army and is currently in Iraq. It has been extremely difficult to get in contact with her. Our office received an email from Plaintiff on December 14, 2007, where she stated that she had just recently received emails from our office that had been sent four (4) months prior. Plaintiff informed us that she will be taking leave in January 2008 and will be in the United States at that time.

Plaintiff's counsel will be in contact with Plaintiff in January 2008 and will take the necessary steps to proceed with this litigation. Plaintiff's counsel respectfully requests this Court continue this matter for further status hearing.

RESPECTFULLY SUBMITTED,

By: /s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
Brandenburg-Rees & Rees
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(312) 214-3291

## Certificate of Electronic Service

A copy of the foregoing was filed electronically with the Clerk of the Court to be served on counsel of record by operation of the Court's electronic filing system on this 17th day of December, 2007.

/s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees