E-FILED
Friday, 04 January, 2008  09:51:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-3205 |
| | ) |
| BLACKBURN COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S STATUS REPORT

### Preliminary Statement

This is an action brought by JANE DOE ("Plaintiff") against BLACKBURN COLLEGE ("Defendant") for damages as a result of a sexual assault on the campus of Defendant while Plaintiff was a student there. Plaintiff alleges state law claims against Defendant for breach of its duties to protect her and for Title IX claims of sexual harassment and discrimination pursuant to 20 U.S.C. Section 168(a), et seq.

### Status Report

Plaintiff is now in military service in the United States Army and is currently in Iraq. Plaintiff had previously informed our office that she will be taking leave in January 2008 and will be in the United States at that time. We heard from Plaintiff on January 3, 2008, and she informed us that she should be back in the United States on January 22, 2008. However, she stated that the date is tentative because she is not sure how long she will be stuck at bases as part of the journey back to the United States. The Plaintiff stated that she will be in contact with our office once she is in the United States.

RESPECTFULLY SUBMITTED,

By: /s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
Brandenburg-Rees & Rees
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602
(312) 214-3291

### Certificate of Electronic Service

A copy of the foregoing was filed electronically with the Clerk of the Court to be served on counsel of record by operation of the Court's electronic filing system on this 4th day of January, 2008.

/s/ Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees