IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No.:  06-3205 |
| | ) |
| BLACKBURN COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT BLACKBURN COLLEGE'S RESPONSE
TO PLAINTIFF'S STATUS REPORT**

Counsel for defendant Blackburn College is in receipt of the Status Report filed by counsel for plaintiff on January 4, 2008. Counsel for defendant Blackburn College has very serious concerns about the status of this case.

This Court entered a Scheduling Order on April 10, 2007, setting the case for trial on May 6, 2008. Discovery was to be completed by December 21, 2007.

On March 29, 2007, defendant Blackburn College directed interrogatories and request for production of documents to plaintiff. Defendant Blackburn College and this Court have been informed that plaintiff entered the military in 2007, and has since been stationed overseas. On June 27, 2007, plaintiff filed a Motion to Extend Joint Proposed Scheduling Plan, and thereafter, this Court has directed counsel for plaintiff to file periodic status reports with this Court. Plaintiff's counsel has complied with this request. In plaintiff's Status Report filed on January 4, 2008, counsel for plaintiff indicates that plaintiff should be back in the United States on January 22, 2008, but does not indicate whether she will be present in or around Central Illinois at that time.

At present, defendant Blackburn College still does not have signed answers by plaintiff to the interrogatories that defendant Blackburn College previously submitted. Counsel for plaintiff has attempted to provide information to answer these interrogatories, but there is no assurance that the information provided is complete or accurate, and that can only be done by plaintiff herself reviewing and signing the answers to interrogatories under oath. Also, plaintiff claims in her Complaint that she was raped, and as a result has suffered from emotional distress and lost wages. Defendant Blackburn College has provided authorizations to obtain medical, psychological, wage and other employment records from plaintiff, but because plaintiff has been overseas, counsel for plaintiff has not been able to have plaintiff complete these authorizations so defendant Blackburn College can obtain these records. The medical, psychological, wage and other employment records, as well as school records, are extremely important for defendant Blackburn College to obtain prior to taking plaintiff's deposition. Obviously, plaintiff's deposition cannot be scheduled until these records are obtained, and there is some certainty as to when plaintiff will be available to attend her deposition.

Obviously, the April 14, 2007 Scheduling Order is untenable through no fault of plaintiff, her counsel, or defendant Blackburn College. However, a new Scheduling Order needs to be drafted or the matter stayed pending plaintiff's availability to participate and cooperate in discovery.

Since plaintiff's counsel has indicated that plaintiff should be back in the United States on January 22, 2008, defendant Blackburn College purposes that this Court set a telephone conference during the weeks of either January 28, 2008 or February 4, 2008, to determine whether a new Scheduling Order can be prepared, or whether the matter should be stayed.

                                                /s/ Charles E. Reis, IV
                                        Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 4th day of January, 2008, upon the following: Ms. Jacqueline Brandenburg-Rees, Attorney for Plaintiff, Three First National Plaza, 70 W. Madison Street, Suite 1400, Chicago, Illinois and a copy was mailed to: Mr. Edmond H. Rees, Attorney for Plaintiff, 128 South Broad Street, Post Office Box 556, Carlinville, IL 62626 and to Amanda Farahany, LLP, Co-counsel for plaintiff, 1401 Peachtree Street N.E., Suite 101, Atlanta, Georgia 30309.

                                                /s/ Charles E. Reis, IV