**E-FILED**
Thursday, 17 January, 2008  12:11:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JANE DOE,                              )
                                       )
         Plaintiff,                    )
                                       )
vs.                                    )        No.:    06-3205
                                       )
BLACKBURN COLLEGE,                     )
                                       )
         Defendant.                    )

## WITHDRAWAL AND ENTRY OF APPEARANCE

Come now Charles E. Reis, IV and Brown & James, P.C. and hereby withdraw their appearance on behalf of Defendant Blackburn College in the above matter.

Come now Charles E. Reis, IV and Littler Mendelson, P.C. and hereby enter their appearance on behalf of Defendant Blackburn College in the above matter.

s/ Charles E. Reis, IV
Charles E. Reis, IV #6186508
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Two CityPlace Drive, Suite 200
St. Louis, MO 63141
314-432-4797
314-432-4796 (facsimile)
creis@littler.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 17th day of January, 2008, upon the following:  Ms. Jacqueline Brandenburg-Rees, Attorney for Plaintiff, Three First National Plaza, 70 W. Madison Street, Suite 1400, Chicago, Illinois and a copy was mailed to:  Mr. Edmond H. Rees, Attorney for Plaintiff, 128 South Broad Street, Post Office Box 556, Carlinville, IL 62626 and to Amanda Farahany, LLP, Co-counsel for plaintiff, 1401 Peachtree Street N.E., Suite 101, Atlanta, Georgia 30309.

s/ Charles E. Reis, IV

8219013