IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| v. | ) No: 06-3205-JES-CHE |
| BLACKBURN COLLEGE. | ) |
| Defendant. | ) |

**PROOF OF ELECTRONIC SERVICE**

A copy of the foregoing documents:

- Answers to First Set of Interrogatories to Plaintiff, Jane Doe;
- Plaintiff's Sworn Statement;
- School Transcript Authorization;
- Employment Authorization;
- Authorization for Release of Psychotherapy Notes Pursuant to HIPAA 45 CFR Parts 160 and 164;
- Authorization for Release of Information or Individual Access to Information Pursuant to HIPAA 45 CFR Parts 160 and 164

were mailed on this 12th day of February, 2008, upon the following: Mr. Charles E. Reis, IV, Littler Medelson, PC, Two CityPlace Drive, Suite 200, St. Louis, Missouri 63141.

s/Jacqueline Brandenburg-Rees
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No. 41385
BRANDENBURG-REES & REES
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL  60602
(312) 214-3291