IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 06-3205 |
| | ) |
| BLACKBURN COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S STATUS REPORT AND REQUEST TO MOVE DISCOVERY**

Preliminary Statement

This is an action brought by JANE DOE ("Plaintiff") against BLACKBURN COLLEGE ("Defendant") for damages as a result of a sexual assault on campus of Defendant while Plaintiff was a student there. Plaintiff alleges state law claims against Defendant for breach of its duties to protect her and for Title IX claims of sexual harassment and discrimination pursuant to 20 U.S.C. Section 168(a), et seq.

Status Report

Plaintiff is now in military service in the United States Army and is currently in Iraq. Plaintiff had previously forwarded documents to her attorney on January 30, 2008. Due to Plaintiff's military service and difficulties in communication between Plaintiff and her counsel, the cause has not moved forward according to the scheduling order. Plaintiff's attorney is currently unable to contact Plaintiff regarding litigation, and requests further extension. It is Plaintiff's attorney's understanding that Plaintiff desires to proceed forward with the litigation when she returns from her tour in Iraq.

Plaintiff's counsel will continue her efforts to contact Plaintiff and respectfully requests the court continue this matter for further status hearing.

Discovery

On February 12, 2008, Plaintiff's counsel forwarded to Defendant's counsel: Answers to First Set of Interrogatories to Plaintiff, Jane Doe; Plaintiff's Sworn Statement; School Transcript Authorization signed by Plaintiff; Authorization for Release of Psychotherapy Notes Pursuant to HIPAA 45 CFR Parts 160 and 164 signed by Plaintiff; and Authorization for Release of Information or Individual Access to Information Pursuant to HIPAA 45 CFR Parts 160 and 164 signed by Plaintiff.

Plaintiff's counsel propounded discovery to Defendant on July 2, 2007. As of May 30, 2008, Defendant has only responded with Initial Rule 26 Disclosures on May 17, 2007. Plaintiff's counsel sent correspondence on March 10, 2008 (attached as **Exhibit A**), and April 24, 2008 (attached as **Exhibit B**), asking Defendant's counsel to advise how long they anticipated needing to answer discovery of the Plaintiff. Defendant's counsel has not responded to Plaintiff's counsel. Plaintiff's counsel recognizes that Plaintiff has not answered defendant's discovery in a timely manner, but has done so as soon as possible under the circumstances (overseas military service). Plaintiff's counsel respectfully requests that Defendant be ordered to answer outstanding discovery.

RESPECTFULLY SUBMITTED,

_s/Jacqueline Brandenburg-Rees_
Jacqueline Brandenburg-Rees

Jacqueline Brandenburg-Rees
Attorney No.: 41385
BRANDENBURG-REES & REES
Three First National Plaza
70 W. Madison St., Ste. 1400
Chicago, IL 60602

### CERTIFICATE OF ELECTRONIC SERVICE

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 30th day of May, 2008, upon the following: Mr. Charles E. Reis, IV, Attorney for Defendant, Two CityPlace Drive, Suite 200, St. Louis, Missouri 63141.

                                                           s/Jacqueline Brandenburg-Rees
                                                         Jacqueline Brandenburg-Rees

# BRANDENBURG-REES & REES
### ATTORNEYS AT LAW

THREE FIRST NATIONAL PLAZA
70 W. MADISON ST., STE. 1400
CHICAGO, IL 60602
TEL: (312) 214-3292
FAX: (312) 214-3294

PHILLIP J. BLOCK
PBLOCK@REESLAWYERS.COM

March 10, 2008

Charles Reis
Two CityPlace Drive
Suite 200
St. Louis, MO 63141

    RE:   Still v. Blackburn
           Case No.: 06-3205

Dear Mr. Reis:

Please advise how long you anticipate needing to answer discovery of Plaintiff in this matter. Thank you for your cooperation.

Very truly yours,

Phillip J. Block

PJB:jfl


EXHIBIT A

# BRANDENBURG-REES & REES
## ATTORNEYS AT LAW

THREE FIRST NATIONAL PLAZA
70 W. MADISON ST., STE. 1400
CHICAGO, IL 60602
TEL: (312) 214-3292
FAX: (312) 214-3294

PHILLIP J. BLOCK
PBLOCK@REESLAWYERS.COM

April 24, 2008

Charles Reis
Two CityPlace Drive
Suite 200
St. Louis, MO 63141

    RE:    Still v. Blackburn
            Case No.: 06-3205

Dear Mr. Reis:

    Following up with our attached correspondence of March 10, 2008, please advise how long you anticipate needing to answer discovery of Plaintiff in this matter. Thank you for your cooperation.

Very truly yours,

Phillip J. Block

PB:jfl

Enc.



EXHIBIT B